# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MELISSA J. WILLIAMS,

    Petitioner,

vs.                                    Case No. 4:12cv82-RH/WCS

KENNETH S. TUCKER,

    Respondent.
_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

Petitioner filed a pro se application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. She also filed a motion to proceed in forma pauperis, doc. 2, which is granted for purposes of transfer only.

Petitioner is currently incarcerated at Lowell Correctional Institution, in Marion County, Florida, and challenges the judgment of the Third Judicial Circuit Court in Columbia County, Florida. Jurisdiction is appropriate in the Middle District of Florida, as the district of confinement and conviction. 28 U.S.C. § 2241(d).

The district of conviction would appear to be the most convenient and appropriate venue, and the petition should be transferred to the Middle District of Florida. § 2241(d). *See also*, Parker v. Singletary, 974 F.2d 1562, 1582 and nn. 114 and 118 (11th Cir. 1992) (finding transfer "in furtherance of justice" under § 2241(d), citations omitted); Eagle v. Linahan, 279 F.3d 926, 933, n. 9 (11th Cir. 2001) (noting that the practice in district courts in Georgia was to transfer petitions to the district of conviction under § 2241(d)).

It is **ORDERED** that the motion to proceed in forma pauperis (doc. 2) be **GRANTED** for purposes of transfer.

It is further respectfully **RECOMMENDED** that this cause be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on February 23, 2012.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

**Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:12cv82-RH/WCS